IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUDREY THOMPSON,

    Plaintiff,

v.

LELAND DUDEK, Acting Commissioner of Social Security,

    Defendant.

8:25CV283

ORDER

    This matter is before the Court on plaintiff Audrey Thompson's ("Thompson") Application to Proceed in District Court Without Prepaying Costs or Fees (Filing No. 2). *See* 28 U.S.C. § 1915(a)(1) (allowing the Court to "authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor"). On April 15, 2025, Thompson sued Leland Dudek—the Acting Commissioner of Social Security—challenging the denial of her request for disability benefits (Filing No. 1). *See* 42 U.S.C. § 405(g) (providing for judicial review of final decisions of the Commissioner of Social Security). Thompson attests that she is "unable to pay the costs of these proceedings" and requests relief.

    Based on Thompson's sworn description of her financial situation, including her income and living expenses, the Court agrees that she is entitled to such relief. Her application to proceed without prepaying costs or fees is therefore granted.

    IT IS SO ORDERED.

    Dated this 17th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge